# Court of Appeals, State of Michigan

## ORDER

People of MI v Latausha Simmons

Docket No.  349547

LC No.  2018-000127-AR

Jane M. Beckering
Presiding Judge

Karen M. Fort Hood

Michael J. Riordan
Judges

       The motion for reconsideration is GRANTED. Upon further review, this Court's opinion issued April 29, 2021 is VACATED. A new authored majority and dissent are attached to this order.

_____
Presiding Judge

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

July 1, 2021
_____
Date

_____
Chief Clerk